**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Kadie Lyons, Joshua Norman, and William Mezo,
Defendants,

Of whom Kadie Lyons is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2023-000768

———————

Appeal From Horry County
Melissa J. Buckhannon, Family Court Judge

———————

Unpublished Opinion No. 2023-UP-407
Submitted December 15, 2023 – Filed December 18, 2023

———————

**AFFIRMED**

———————

Kindle Kay Johnson, of K. Johnson Law Firm, LLC, of
Rock Hill, for Appellant.

William Evan Reynolds, of Kingstree, for Respondent.

Heather Marie Moore, of Axelrod & Associates, PA, of Myrtle Beach, for the Guardian ad Litem.

---

**PER CURIAM:** Kadie Lyons appeals the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Lyons's counsel.

**AFFIRMED.**[1]

**THOMAS, KONDUROS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.